# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00248-CV

**Rachael Meyers, Appellant**

**v.**

**BHC Shoal Creek Hospital and Peter W. Gonzalez, M.D., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN100528, HONORABLE PAUL DAVIS, JUDGE PRESIDING

Appellant Rachael Meyers filed with this Court a motion to dismiss her appeal, requesting this Court to dismiss her claims against appellees. Accordingly, we grant appellant=s motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant=s Motion

Filed: May 9, 2002

Do Not Publish